UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL L. SMITH | CIVIL ACTION |
| VERSUS | NO. 26-301 |
| DARREL VANNOY, *et al*. | SECTION M (3) |

**ORDER**

Having considered the complaint, the record, the applicable law, the Report and Recommendation ("R&R") of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the magistrate judge's R&R.[2] The Court hereby approves the R&R and adopts it as its opinion in this matter. The magistrate judge properly found that Smith's application was not timely filed. Therefore,

IT IS ORDERED that Samuel L. Smith's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be DISMISSED WITH PREJUDICE as time-barred.

New Orleans, Louisiana, this 18th day of August, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

[1] R. Doc. 20.
[2] Although Smith has not timely filed any objection to the R&R, he did file a notice of appeal of the R&R to the United States Court of Appeals for the Fifth Circuit on August 4, 2026. *See* R. Doc. 21.